**24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

NUMBER: _____                        DIVISION: _____

CHERYL B. BRAUNER, individually, d/b/a and also known as LA PUBLICHEALTH RESEARCH SPECIALISTS, L.L.C. and DAVID BRAUNER, husband of CHERYL B. BRAUNER

**VERSUS**

SADIE R. KANE, individually, d/b/a and also known as EAN HOLDINGS, L.L.C. and SUDDATH VAN LINES, INC. d/b/a and also known as SUDDATH RELOCATION SYSTEMS, EAN HOLDINGS, L.L.C individually, SUDDATH VAN LINES, INC., individually, d/b/a and also known as SUDDATH RELOCATION SYSTEMS and their insurer VANLINER INSURANCE COMPANY, and the uninsured/underinsured motorist carrier of CHERYL B. BRAUNER, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

FILED: _____                        DEPUTY CLERK: _____

**PETITION FOR PERSONAL INJURY AND DAMAGES**

NOW INTO COURT, through undersigned counsel, comes plaintiffs, CHERYL B. BRAUNER, individually, d/b/a and also known as LA PUBLIC HEALTH RESEARCH SPECIALISTS, L.L.C. and DAVID BRAUNER, husband of CHERYL B. BRAUNER, persons of the full age of majority and a residents of the Parish of St. Tammany, State of Louisiana, who respectfully declare:

1.

Made defendants to this cause of action are:

**SADIE R. KANE**, an individual of the age of majority and believed to be a resident of Washington County for the City of Tigard, State of Oregon;

**SADIE R. KANE**, d/b/a and also known as **EAN HOLDINGS, L.L.C.**, and **SUDDATH VAN LINES, INC.** d/b/a and also known as **SUDDATH RELOCATION SYSTEMS**, foreign or domestic companies authorized to do and legally doing business in Jefferson Parish, State of Louisiana; **EAN HOLDINGS, L.L.C.**, a foreign or domestic company, authorized to do and legally doing business in Jefferson Parish, State of Louisiana; **SUDDATH VAN LINES, INC.** d/b/a and also known as **SUDDATH RELOCATION SYSTEMS**, foreign or domestic companies authorized to do and legally doing business in Jefferson Parish, State of Louisiana; **VANLINER INSURANCE COMPANY**, a foreign or domestic liability insurance carrier authorized to do and legally doing business in Jefferson Parish, State of Louisiana; and **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, the insured and uninsured/underinsured motorist carrier for **CHERYL B. BRAUNER**, a foreign or domestic liability company authorized to do and legally doing business in Jefferson Parish, State of Louisiana;

or about, prior to and since January 30, 2018, for the following reasons are indebted individually, severally and *in solido*, to your petitioner, in an amount that is in excess of the jurisdictional amount of this Honorable Court.



**2.**

On or about January 30, 2018, your plaintiff herein, **CHERYL B. BRAUNER**, individually, d/b/a and also known as **LA PUBLIC HEALTH RESEARCH SPECIALISTS, L.L.C.** was travelling westbound on 6th Street in the Left/Right or Straight turning lane in a 2012 Buick Regal. When making a right turn into the left turn land, or northbound Lake way Drive, the defendant's vehicle, a 2018 Nissan Altima, came into plaintiff's lane and violently, and without warning, caused property damage as well as severe bodily injury to the plaintiff. The defendant admitted to the responding Jefferson Parish Police Officer that when making the right turn in the right lane on northbound Lake way Drive, the front of her bumper entered the left lane and struck the plaintiff's vehicle. As a result of the accident, plaintiff suffered property damage and personal injuries, for which she immediately sought medical treatment. At all times material hereto, your petitioner was wearing her seatbelt and acted with due caution. The responding Jefferson Parish Sherriff's Office Deputy found that the defendant was in violation of LA R.S. 32:101, Improper Turning Method at an Intersection. **SADIE R. KANE** admitted liability for the accident.

**3.**

At all times material hereto, it is alleged that **SADIE R. KANE**, individually, d/b/a and also known as **EAN HOLDINGS, L.L.C.** and **SUDDATH VAN LINES, INC.** d/b/a and also known as **SUDDATH RELOCATION SYSTEMS** was the driver of the offending vehicle and as such is therefore a proper party defendant to this cause of action.

At all times material hereto, **SADIE R. KANE**, individually, d/b/a and also known as **EAN HOLDINGS, L.L.C.** and **SUDDATH VAN LINES, INC.** d/b/a and also known as **SUDDATH RELOCATION SYSTEMS** were the owners of the offending vehicle and as such, are therefore proper party defendants to this cause of action.

**EAN HOLDINGS, L.L.C.** was the owner of the offending vehicle and as such, is therefore a proper party defendant to this cause of action.

At all times material hereto, **SUDDATH VAN LINES, INC.** d/b/a and also known as **SUDDATH RELOCATION SYSTEMS** was the owner of the offending vehicle and as such, are therefore proper party defendants to this cause of action.

At all times material hereto, **VANLINER INSURANCE COMPANY** is the liability insurance carrier of **SADIE R. KANE**, individually, d/b/a and also known as **EAN HOLDINGS, L.L.C.** and **SUDDATH VAN LINES, INC.** d/b/a and also known as **SUDDATH RELOCATION SYSTEMS, EAN HOLDINGS, L.L.C** individually, and **SUDDATH VAN LINES, INC.**, individually, d/b/a and also known as **SUDDATH RELOCATION SYSTEMS** and as such is the proper party defendant to this cause of action.

At all times material hereto, **VANLINER INSURANCE COMPANY** is the liability insurance carrier of **EAN HOLDINGS, L.L.C.** and as such is the proper party defendant to this cause of action.

24th JDC Civil Fax Filed:01/30/2019 14:26:34 Case:791705 Div:L ID:25999

At all times material hereto, **VANLINER INSURANCE COMPANY** is the liability insurance carrier of **SUDDATH VAN LINES, INC.** d/b/a and also known as **SUDDATH RELOCATION SYSTEMS** and as such is the proper party defendant to this cause of action.

At all times material hereto, it is alleged that **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** is the uninsured/underinsured motorist liability carrier for **CHERYL B. BRAUNER**, individually, d/b/a and also know as **LA PUBLIC HEALTH RESEARCH SPECIALISTS COMPANY** and is therefore a proper party defendant to this cause of action.

4.

That the sole and proximate cause of the accident alleged herein was the joint and concurrent negligence of the defendants, **SADIE R. KANE**, individually, d/b/a and also known as **EAN HOLDINGS, L.L.C.** and **SUDDATH VAN LINES, INC.** d/b/a and also known as **SUDDATH RELOCATION SYSTEMS, EAN HOLDINGS, L.L.C** individually, and **SUDDATH VAN LINES, INC.**, individually, d/b/a and also known as **SUDDATH RELOCATION SYSTEMS** and their insurers, **VANLINER INSURANCE COMPANY**, and the uninsured/underinsured motorist carrier of **CHERYL B. BRAUNER, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** in the following particulars, but not specifically limited thereto in that they:

1. Failed to see what she should have seen;
2. Failed to hear what she should have heard;
3. Failed to properly yield, thereby entering petition's lane and striking petitioner's vehicle;
4. Conducted herself in a careless and reckless manner as to put not only the petitioner, but the entire public at large at risk;
5. Failed to pay adequate attention while possibly using a mobile phone or radio dispatch device;
6. Failed to drive at an adequate rate of speed and failed to yield, thereby striking petitioner's vehicle, causing property damage and severe bodily injury;
7. Failed to obey the traffic laws in violation of Jefferson Parish and Louisiana State laws;

all of which aforementioned acts of negligence are in violation of the ordinances of the Parish of Jefferson, and the laws of the State of Louisiana, which are pleaded herein, as if copied *in extenso*.

5.

As a result of the aforementioned accident and as a direct and proximate cause thereof, your petitioners sustained the following injuries:

DAVID BRAUNER: loss of consortium; emotional stress and strain; pain and suffering loss of enjoyment of life; CHERYL B. BRAUNER: aggravation of hereditary spastic ataxia; C5-C6 diffuse disc osteophyte complex with asymmetric right-sided protrusion causing severe right nural foraminal stenosis, and C6-C7 disc osteophyte complex

**EXHIBIT A**

causing moderate to severe right neural foraminal stenosis and moderate left neural foraminal stenosis; C7 vertebral body lesion suggesting atypical hemangioma; right sided C5-C6 foraminal disc herniation; moderate spondylitis right sided C6-C7 foraminal stenosis; Grade 1 L4-L5 spondylolsthesis associated with facet arthropathy and diffuse disc bulge without foraminal stenosis; L2-L3, L3-L4 and L5-S1 disc bulges; grossly diminished strength in all extremities; right triceps, external shoulder rotation and grip/hand intrinsic weakness; left external shoulder rotation weakness; right iliopsoas hamstring and plantar flexion weakness; flattened lordosis; vertebral spine tenderness; moderate, lumbar, lower, paraspinal tenderness; moderate lumbar, bilateral, paraspinal spasm; antalgic and mildly curcumductive gait; leg cramps, tingling numbness; temporary and permanent disability; psychiatric and psychological injuries, including, but not limited to Post-Traumatic Stress Disorder, problems concentrating; inability to properly perform employment duties; loss of consortium; emotional stress and strain; pain and suffering loss of enjoyment of life and other injuries the extent of which will be fully revealed at the time of trial.

**6.**

Your petitioner, **CHERYL B. BRAUNER**, individually, d/b/a and also known as **LA PUBLIC HEALTH RESEARCH SPECIALISTS, L.L.C** and **DAVID BRAUNER**, husband of **CHERYL B. BRAUNER**, itemizes damages as follows:

1. Past, present and future medical expenses and costs;
2. Past, present and future pain and suffering, emotional distress, mental anguish, temporary and permanent disability, psychiatric and psychological injuries;
3. Loss of enjoyment of life;
4. Property damage;
5. Loss of use of the vehicle;
6. Past present and future lost wages and lost of earning capacity;
7. Loss of consortium;
8. Damages, attorney's fees, penalties and all general and equitable relief allowed by law.

Total is in excess of the jurisdictional requirement of this Honorable Court.

**7.**

Petitioners aver amicable demand upon defendants to no avail.

**8.**

Petitioners aver that to their best knowledge, information and belief, defendants, **SADIE R. KANE**, individually, d/b/a and also known as **EAN HOLDINGS, L.L.C.** and **SUDDATH VAN LINES, INC.** d/b/a and also known as **SUDDATH RELOCATION SYSTEMS, EAN HOLDINGS, L.L.C** individually, and **SUDDATH VAN LINES, INC.**, individually, d/b/a and also known as **SUDDATH RELOCATION SYSTEMS** did not maintain sufficient liability insurance on the 2018 Nissan Altima on the date of the incident complained of and your petitioners heretofore call upon **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, the insured and

uninsured/underinsured motorist carrier of the plaintiffs to pay all sums rendered in excess of the defendants' policy of liability insurance.

WHEREFORE, petitioner, CHERYL B. BRAUNER, individually, d/b/a and also known as **LA PUBLIC HEALTH RESEARCH SPECIALISTS, L.L.C** and **DAVID BRAUNER**, husband of **CHERYL B. BRAUNER**, pray that a copy of this petition be served upon each defendant herein; that they be duly cited to appear and answer same and that, after due proceedings be had, there be judgment herein in their favor in an amount in excess of the jurisdictional requirement set by this Honorable court against the defendants, **SADIE R. KANE**, individually, d/b/a and also known as **EAN HOLDINGS, L.L.C.** and **SUDDATH VAN LINES, INC** d/b/a and also known as **SUDDATH RELOCATION SYSTEMS, EAN HOLDINGS, L.L.C** individually, **SUDDATH VAN LINES, INC.**, individually, d/b/a and also known as **SUDDATH RELOCATION SYSTEMS** and their insured **VANLINER INSURANCE CO.**, and **STATE FARM INSURANCE COMPANY**, the insured and uninsured/underinsured motorist carrier of **CHERYL B. BRAUNER**, individually and *in solido*, together with all costs of these proceedings and legal interest from the date of judicial demand, and for all other general and equitable relief, as deemed necessary and proper by this Honorable Court, and for all penalties, attorney's fees, interest and for all general equitable relief.

Respectfully submitted:

EILEEN L. MAHONEY (21330)
3027 21ST STREET, SUITE 205
METAIRIE, LA 70002
P.O. BOX 7667
METAIRIE, LA 70110-7667
TEL: (504) 837-0474
FAX: (504) 831-4304
Mahoney.law.em@gmail.com
ATTORNEY FOR CHERYL B.
BRAUNER and DAVID BRAUNER

**PLEASE SERVE DEFENDANTS AS FOLLOWS:**

**SADIE R. KANE**
9210 SW Center, Apt. #7
Tigard, OR 97223
*PLEASE HOLD SERVICE*

**EAN HOLDINGS, INC.**
Through its agent for service of process
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816



**VANLINER INSURANCE CO.**
Through the Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**SUDDATH VAN LINES, INC.**
Through the Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
Through the Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

24th JDC Civil Fax Filed:01/30/2019 14:26:34 Case:791705 Div:L ID:25999